UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN HOLLAMON, | ) | |
| | ) | |
| Pro Se Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-0011-BSM-HDY |
| | ) | |
| FRITO LAY INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT FRITO-LAY, INC.'S WRITTEN APPLICATION FOR *PRO HAC VICE* ADMISSION OF GREGG M. LEMLEY AND JOSHUA D. BORTNICK**

COMES NOW, defendant, Frito-Lay, Inc. ("Frito-Lay") and pursuant to Local Rule 83.5(d), respectfully requests Gregg M. Lemley and Joshua D. Bortnick be admitted *pro hac vice* in order to appear and participate in the above styled case. In support of this motion, Frito-Lay further states:

1. The undersigned counsel is a member of the Bar of the United States District Court, Eastern District of Arkansas.

2. While the undersigned counsel does not maintain an office in Arkansas, he is readily available for communications with the Pro Se Plaintiff in this case.

3. The undersigned counsel's address and telephone number are located in the signature block of this Motion.

4. Gregg M. Lemley and Joshua D. Bortnick are attorneys in good standing with the United States District Court, Eastern District of Missouri. See Certificate of Good Standing for Gregg M. Lemley, submitted herewith as Exhibit A; Certificate of Good Standing for Joshua D. Bortnick, submitted herewith as Exhibit B.

5. Both Gregg M. Lemley and Joshua D. Bortnick affirm to the Local Rules of this Court and affirm to the jurisdiction of this Court in matters of discipline. See Affidavit of Gregg M. Lemley, submitted herewith as Exhibit C; Affidavit of Joshua D. Bortnick, submitted herewith as Exhibit D.

WHEREFORE, defendant Frito-Lay, Inc. respectfully requests the Court grant its written application for *pro hac vice* admission of Gregg M. Lemley and Joshua D. Bortnick, and to all such other relief the Court deems appropriate.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.**

/s/ Richard E. Collins
Richard E. Collins (TN Bar # 024368)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
p: 901-767-6160
f: 901-767-7411

**ATTORNEYS FOR DEFENDANT FRITO-LAY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via first class mail, postage prepaid, on this 10th day of March, 2010, to:

Kevin Hollamon
1522 Cross Street
Little Rock, AR 72202

Pro Se Plaintiff

/s/ Richard E. Collins

8314863.1 (OGLETREE)