AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF GOOD STANDING**

I,     JAMES G. WOODWARD     , Clerk of this Court,

certify that     Gregg M. Lemley    , Bar #     57109    ,

was duly admitted to practice in this Court on

    December 29, 1995    , and is in good standing
            DATE

as a member of the Bar of this Court.

Dated at     St. Louis, Missouri     on    February 22, 2010   .
            LOCATION                              DATE

/s/ James G. Woodward
CLERK

/s/ Elizabeth A. Kirkland
DEPUTY CLERK



EXHIBIT A