IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEVIN HOLLAMON**                                                                                        **PLAINTIFF**

**v.**                                          **NO. 4:10CV00011 BSM**

**FRITO–LAY, INC.**                                                                                       **DEFENDANT**

## ORDER

Bill Howard is hereby authorized to bring a cell phone, laptop computer, video camera equipment, stenographic equipment, or personal digital assistant into the Richard Sheppard Arnold Courthouse in Little Rock on Tuesday, October 12, 2010, subject to the following rules:

(a)   The devices listed above may not be used to record, photograph, or film anyone or anything inside the courthouse, except for the sworn deposition of Kevin Hollamon.

(b)   Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(c)   The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

Any violation of paragraph (a) may result in seizure of the electronic devices,

withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions including contempt of court.

IT IS SO ORDERED this 1st day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE