IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEVIN HOLLAMON**                                                                                    **PLAINTIFF**

v.                                           **CASE NO. 4:10CV00011 BSM**

**FRITO LAY, INC.**                                                                                    **DEFENDANT**

## ORDER

A telephonic hearing was held today on plaintiff Kevin Hollamon's motion to compel and for sanctions. [Doc. No. 76]. Hollamon appeared *pro se* and Gregg Lemley appeared as counsel for Frito Lay, Inc. Based on the statements of the parties and the record, Hollamon's motion [Doc. No. 76] is denied.

Hollamon is ordered to respond to Frito Lay's pending motion for summary judgment [Doc. Nos. 64-66] within fifteen days of the date of this order.

Dated this 24th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE