# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**KEVIN HOLLAMON**                                                               **PLAINTIFF**

**v.**                       **CASE NO. 4:10CV00011 BSM**

**FRITO-LAY, INC.**                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice, and the relief sought is denied.

Dated this 14th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE